# Exhibit D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDIANS PROTECTING FREEDOM, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>JOSEPH A. LADAPO, in his official capacity as State Surgeon General and Head of the Florida Department of Health, AND JOHN WILSON, in his individual capacity and in his official capacity as General Counsel to the Florida Department of Health,<br><br>*Defendants.* | Civil Action No. _____ |

## DECLARATION OF CAROLINE WILLIAMS

My name is Caroline Williams. I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, pursuant to 28 U.S.C. § 1746, I declare:

1. I am the woman featured in an advertisement by Floridians Protecting Freedom. In the advertisement, I state the following: "When I saw the tumor on my MRI, my first thought was 'Am I going to going to be able to see my daughter again? The doctors knew if I did not end my pregnancy, I would lose my baby, I would lose my life, and my daughter would lose her mom. Florida has now banned abortion even in cases like mine. Amendment 4 is going to protect women like me. We have to vote yes.'"

2. Every statement I made in this advertisement is true. In 2022, when I was about 17 weeks pregnant with my second child, I was diagnosed with a hemorrhagic mass on my brain. When I was about 20 weeks pregnant, I was diagnosed with grade four terminal brain cancer.

3. I understood that while my diagnosis was terminal, there were available life-extending treatment options. However, my doctors told me that they could not treat me with chemotherapy or radiation while I was pregnant. They also told me that increased hormones from my pregnancy were supercharging my tumor, and that waiting until 36 weeks to begin treatment would be too late.

4. So, instead, in order to have more time with my family, I had an abortion in Florida in April 2022.

5. I needed the cancer treatment I received, but because my diagnosis is terminal, any cancer treatment could not be considered life-saving, and I did not face an immediate and emergent threat to my life in April 2022.

6. It is my understanding that current Florida law would only allow for abortions after six weeks' gestation when the abortion is necessary to save a pregnant woman's life or avoid a serious risk of substantial and irreversible physical impairment of a major bodily function other than a psychological condition. Based on this understanding, I would not have been able to obtain an abortion under this law because my diagnosis was terminal – the abortion did not save my life, it only extended it.

7. I also understand that if passed, Amendment 4 would protect women in circumstances like those I faced. I strongly believe that we have to vote yes on Amendment 4.

I, Caroline Williams, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated: 15/10/2024

Caroline Williams (Oct 15, 2024 09:57 EDT)

**Caroline Williams**

3