# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDIANS PROTECTING FREEDOM, INC., <br>      *Plaintiff*, <br> v. <br><br> JOSEPH A. LADAPO, in his official capacity as State Surgeon General and Head of the Florida Department of Health, and JOHN WILSON, former General Counsel to the Florida Department of Health, in his individual capacity, <br>      *Defendants*. | Civil Action No. 4:24-cv-00419 |

## [AMENDED PROPOSED] ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

This order is entered upon consideration of Plaintiff's Emergency Motion for Temporary Restraining Order. ECF No. 2. The Court concludes as follows:

1. Plaintiff is substantially likely to succeed on the merits of its claims because Plaintiff is substantially likely to succeed in showing Defendants' actions constitute unconstitutional government coercion and viewpoint discrimination under the First and Fourteenth Amendments to the United States Constitution;

2. Plaintiff will suffer irreparable harm absent emergency relief;

3. The balance of the equities weighs in favor of granting the requested relief;

4. The public interest weighs in favor of granting the requested relief.

WHEREFORE, Plaintiff's motion for a temporary restraining order, ECF No. 2, Case No. 4:24-cv-00419, is hereby **GRANTED**.

Defendant Ladapo is temporarily enjoined from taking any further actions to coerce, threaten, or intimate repercussions directly or indirectly to television stations, broadcasters, or other parties for airing Plaintiff's speech, or undertaking enforcement action against Plaintiff for running political advertisements or engaging in other speech protected under the First Amendment.

**SO ORDERED on October __, 2024.**

_____

**United States District Judge**