# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**FLORIDIANS PROTECTING FREEDOM, INC.,**

    *Plaintiff*,

v.                                                                            Case No.:  4:24cv419-MW/MAF

**JOSEPH A. LADAPO and JOHN WILSON,**

    *Defendants*.

_____/

## ORDER SETTING EMERGENCY HEARING

Pending before this Court is Plaintiff's Emergency Motion for Temporary Restraining Order. ECF No. 2. Plaintiff has asked for both emergency injunctive relief in the form of a temporary restraining order and preliminary injunctive relief in the Complaint. ECF No. 1. This Court construes Plaintiff's Emergency Motion for Temporary Restraining Order, ECF No. 2, as a motion for preliminary injunction in the alternative in light of its prayer for relief in the Complaint, ECF No. 1, and assumes Plaintiff intends to amend its motion accordingly.

Consistent with the protocol recently followed by my colleague Judge Hinkle in Case No. 4:24cv412, this Court sets the Emergency Motion for Temporary Restraining Order, ECF No. 2, and request for preliminary injunctive relief in the Complaint, ECF No. 1, for a combined hearing affording Defendant Ladapo an

opportunity to be heard. An additional hearing may be set later if necessary to allow each side to have a full and fair opportunity to be heard.

Accordingly,

**IT IS ORDERED:**

1. By separate notice, the clerk must set a hearing for **tomorrow, Thursday, October 17, 2024, at 9:00 AM**. Each side must have at least one attorney present at the hearing. Additional attorneys for parties may monitor the hearing by telephone, so long as at least one attorney for the same party attends in person.

2. The plaintiff's attorneys appear to be in contact with counsel for Defendant Ladapo. *See* ECF No. 2 ¶ 5. Plaintiff's attorneys must provide to Defendant Ladapo's attorneys copies of the Complaint, ECF No. 1, Plaintiff's Emergency Motion for Temporary Restraining Order, ECF No. 2, Plaintiff's amended motion seeking preliminary injunctive relief in the alternative, and this Order. Copies must be provided by the most expeditious feasible method.

3. The attorneys should expect to address at the hearing, and should if feasible confer prior to the hearing, on the need for and scheduling of any additional hearing and on other procedural and substantive issues relating to the motion, including the need for live testimony and the admissibility of declarations.

4. The attorneys for all parties may confer on the date and time of the hearing set by this Order. The hearing will be moved to Friday, October 18, 2024, or

another time tomorrow, if all parties agree. The attorneys may advise the courtroom deputy clerk, Kim Westphal, by telephone, (850) 521-3515 of any agreement to reschedule the hearing. Otherwise, the hearing will proceed tomorrow at 9:00 a.m.

**SO ORDERED on October 16, 2024.**

                                                     s/Mark E. Walker
                                                     **Chief United States District Judge**