# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**FLORIDANS PROTECTING FREEDOM, INC.,**

    *Plaintiff*,

v.                                           Case No.:  4:24cv419-MW/MAF

**JOSEPH A. LADAPO and JOHN WILSON,**

    *Defendants*.

_____/

## ORDER ADMITTING EMMA OLSON SHARKEY PRO HAC VICE

This Court has considered, without hearing, the Motion to Appear Pro Hac Vice. ECF No. 12. The motion is **GRANTED**. Emma Olson Sharkey has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Plaintiff.

**SO ORDERED on October 16, 2024.**

                                                 s/Mark E. Walker
                                                 **Chief United States District Judge**