IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDIANS PROTECTING FREEDOM, INC., <br><br>　　　　　*Plaintiff*, <br><br>　v. <br><br> JOSEPH A. LADAPO, in his official capacity as State Surgeon General and Head of the Florida Department of Health, and JOHN WILSON, former General Counsel to the Florida Department of Health, in his individual capacity, <br><br>　　　　　*Defendants*. | Civil Action No. 4:24-cv-00419 |

**PLAINTIFF'S SUPPLEMENTAL NOTICE OF EXHIBITS IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

　　　　In support of its emergency motion for a temporary restraining order, ECF No. 2, Plaintiff hereby states:

　　　　1.　　On the morning of October 16, 2024, shortly after filing its emergency motion for a temporary restraining order, *see* ECF No. 2, Plaintiff learned, via the X Platform, that the Department of Health had allegedly entered into contracts with

1

two law firms, as of October 10, 2024, "to provide legal representation . . . in regard to false political advertisements under chapters 381 and 386," the same chapters of law the Department cited in its October 3, 2024 letter to broadcast stations. *See* @Jason_Garcia, X.com (Oct. 16, 2024), https://x.com/Jason_Garcia/status/1846538106696012054.

2. Since learning this information, Plaintiff has identified the two contracts described above, which are publicly available from the Florida Department of Financial Services via the State's Accountability Contract Tracking System. These contracts reflect that the Department of Health has retained two law firms to "prepare and file pleadings, motions, or briefs, initiate and conduct discovery, as required, and represent the AGENCY in any related litigation and otherwise represent the AGENCY at trial or on appeal" with regard to the "false political advertisements under chapters 381 and 386." The contracts combined authorize well more than $1 million in billable services.

3. Plaintiff attaches both contracts to this supplemental notice to serve as Exhibits F and G to its motion for emergency temporary relief, *see* ECF No. 2.

Dated: October 16, 2024

Respectfully submitted,

*/s/ Christina Ford*
Christina Ford, FL Bar No. 1011634

Ben Stafford*
**ELIAS LAW GROUP LLP**
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
bstafford@elias.law

Emma Olson Sharkey*
Christina Ford (FL Bar No. 1011634)
Renata O'Donnell*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, D.C., 20001
Telephone: (202) 968-4490
eolsonsharkey@elias.law
cford@elias.law
rodonnell@elias.law
*Admitted pro hac vice*

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on October 16, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel who have entered an appearance. Plaintiff's counsel will separately serve a copy of this filing via email on counsel for Defendant Wilson, who has not yet entered an appearance.

Date: October 16, 2024                    /s/ *Christina Ford*
                                          Christina Ford

                                          *Counsel for Plaintiff*