IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDANS PROTECTING
FREEDOM, INC.,

    *Plaintiff*,

v.                                        Case No. 4:24-cv-419-MW/MAF

JOSEPH A. LADAPO, *et al.*,

    *Defendants*.

_____/

## NOTICE OF APPEARANCE

The undersigned counsel, Nicholas L.V. Warren, enters his appearance for Plaintiff Floridians Protecting Freedom, Inc.

Respectfully submitted October 16, 2024,

/s/ *Nicholas L.V. Warren*

Nicholas L.V. Warren (FBN 1019018)
ACLU Foundation of Florida
1809 Art Museum Dr., Ste. 203
Jacksonville, FL 32207
Tel.: (786) 363-1769
nwarren@aclufl.org

1