IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDIANS PROTECTING FREEDOM, INC.**,

    *Plaintiff*,

v.                                      Case No. 4:24-cv-419-MW/MAF

**JOSEPH A. LADAPO and JOHN WILSON,**

    *Defendants*.

_____/

## NOTICE OF APPEARANCE

    The undersigned counsel, Samantha J. Past, enters her appearance in this matter on behalf of Plaintiff.

                                                  Respectfully submitted,

                                                  */s/* Samantha J. Past
                                                  Samantha J. Past (FBN 1054519)
                                                  American Civil Liberties Union
                                                  Foundation of Florida, Inc.
                                                  4343 West Flagler Street, Suite 400
                                                  Miami, FL 33134
                                                  Tel.: (786) 363-2738
                                                  spast@aclufl.org