**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**FLORIDIANS PROTECTING
FREEDOM, INC.,**

      *Plaintiff,*

 v.                              **Case No.:  4:24cv419-MW/MAF**

**JOSEPH A. LADAPO and
JOHN WILSON,**

      *Defendants.*

_____/

## ORDER ADMITTING BRIAN W. BARNES PRO HAC VICE

This Court has considered, without hearing, Brian W. Barnes' Motion to Appear Pro Hac Vice for Defendant Joseph A. Ladapo, ECF No. 14. The motion is **GRANTED**. Joseph A. Ladapo has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Plaintiff.

**SO ORDERED on October 17, 2024.**

                              **s/Mark E. Walker**_____
                              **Chief United States District Judge**