# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**FLORIDIANS PROTECTING**
**FREEDOM, INC.,**

    *Plaintiff*,

v.                                           Case No.:  4:24cv419-MW/MAF

**JOSEPH A. LADAPO and**
**JOHN WILSON,**

    *Defendants*.

_____/

## ORDER ADMITTING SAMUEL D. ADKISSON PRO HAC VICE

This Court has considered, without hearing, Samuel D. Adkisson's Motion to Appear Pro Hac Vice for Defendant Joseph A. Ladapo, ECF No. 15. The motion is **GRANTED**. Samuel D. Adkisson has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Plaintiff.

**SO ORDERED on October 17, 2024.**

                                                      s/Mark E. Walker
                                                      **Chief United States District Judge**