# United States District Court
## CIVIL MINUTES - GENERAL

Date: <u>October 17, 2024</u>             Case No.: <u>4:24cv419-MW/MAF</u>
Time: <u>9:12 a.m. – 10:41 a.m.</u>

FLORIDIANS PROTECTING FREEDOM INC v. JOSEPH LADAPO and JOHN WILSON

DOCKET ENTRY: Evidentiary Hearing held. An order will be issued by the Court.

PRESENT: **MARK E. WALKER, CHIEF UNITED STATES DISTRICT JUDGE**

<u>Kimberly Westphal</u>          <u>Megan Hague</u>
Deputy Clerk                   Court Reporter

ATTORNEYS APPEARING FOR PLAINTIFF:
Ben Stafford (speaking)
Renata O'Donnell
Jennifer Blohm

ATTORNEY APPEARING FOR DEFENDANT LADAPO:
Brian Barnes (via Zoom)

ATTORNEY APPEARING FOR DEFENDANT WILSON:
Tiffany Cruz (observing only)

Proceedings:

9:12     Court in session
         Court addresses the parties about scheduling
         Schedule:
                Motion for Preliminary Injunction to be filed by 5:00 pm on 10/17/2024
                Response to be filed by 5:00 pm on 10/22/2024
                Reply to be filed by 5:00 pm on 10/25/2024
                Motion hearing is set for 10/29/2024 at 9:00 am
                *any attorney may appear via Zoom
9:22     Court addresses the parties on the pending TRO
9:25     Argument to the Court by Plaintiff (Stafford)
9:28     Argument to the Court by Defense (Barnes)
9:45     Argument to the Court by Plaintiff (Stafford)
9:48     Argument to the Court by Defense (Barnes)

| | |
|---|---|
| 9:54 | Argument to the Court by Plaintiff (Stafford) |
| 10:00 | Court addresses parties |
| 10:03 | Court in recess |
| 10:17 | Court in session |
| | Court addresses the parties |
| 10:21 | Argument to the Court by Defense (Barnes) |
| 10:30 | Argument to the Court by Plaintiff (Stafford) |
| 10:37 | Argument to the Court by Defense (Barnes) |
| 10:39 | Court addresses the parties |
| | An order will follow |
| 10:41 | Court in adjourned |