IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDIANS PROTECTING FREEDOM, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> JOSEPH A. LADAPO, in his official capacity as State Surgeon General and Head of the Florida Department of Health, and JOHN WILSON, former General Counsel to the Florida Department of Health, in his individual capacity, <br><br> *Defendants*. | Civil Action No. 4:24-cv-00419 |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff Floridians Protecting Freedom Inc., by and through its undersigned counsel, hereby submits the following statement of their corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Floridians Protecting Freedom, Inc. has no parent corporation, nor does a publicly held company own any interest in it.

1

Dated: October 18, 2023

Respectfully submitted,

*/s/ Christina Ford*
Christina Ford, FL Bar No. 1011634

| | |
|---|---|
| Ben Stafford* | Daniel B. Tilley (FBN 102882) |
| **ELIAS LAW GROUP LLP** | Samantha J. Past (FBN 1054519) |
| 1700 Seventh Ave., Suite 2100 | Nicholas L.V. Warren (FBN 1019018) |
| Seattle, Washington 98101 | **ACLU Foundation of Florida** |
| Telephone: (206) 656-0177 | 4343 West Flagler Street, Suite 400 |
| bstafford@elias.law | Miami, FL 33134 |
| | (786) 363-2714 |
| Emma Olson Sharkey* | dtilley@aclufl.org |
| Christina Ford (FL Bar No. 1101634) | nwarren@aclufl.org |
| Renata O'Donnell* | spast@aclufl.org |
| **ELIAS LAW GROUP LLP** | |
| 250 Massachusetts Ave. NW, Suite 400 | Jennifer Blohm |
| Washington, D.C., 20001 | **MEYER, BLOHM AND POWELL, P.A.** |
| Telephone: (202) 968-4490 | P.O. Box 1547, |
| eolsonsharkey@elias.law | Tallahassee, Florida  32302 |
| cford@elias.law | (850)878-5212 |
| rodonnell@elias.law | jblohm@meyerblohmlaw.com |

*Admitted pro hac vice*

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Date: October 18, 2024                     /s/ *Christina Ford*
                                           Christina Ford, FL Bar. No 1011634
                                           Counsel for Plaintiff