IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDIANS PROTECTING FREEDOM, INC.**,

    *Plaintiff*,

v.                                                 Case No. 4:24-cv-419-MW/MAF

**JOSEPH A. LADAPO and JOHN WILSON,**

    *Defendants*.

_____/

## NOTICE OF APPEARANCE

The undersigned counsel, Michelle Morton, enters her appearance for Plaintiff.

                                                 Respectfully submitted,

                                                 */s/* Michelle Morton
                                                 Michelle Morton (FBN 81975)
                                                 ACLU Foundation of Florida
                                                 4343 West Flagler Street, Suite 400
                                                 Miami, FL 33134
                                                 Tel.: (786) 363-2714
                                                 mmorton@aclufl.org