## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDIANS PROTECTING
FREEDOM, INC.,

*Plaintiff*,

v.

JOSEPH A. LADAPO, in his official
capacity as State Surgeon General and
Head of the Florida Department of
Health, and JOHN WILSON, former
General Counsel to the Florida
Department of Health, in his individual
capacity,

*Defendants*.

Civil Action No. 4:24-cv-00419

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT JOHN WILSON

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff

Floridians Protecting Freedom, Inc., hereby voluntarily dismisses all claims brought

against Defendant John Wilson in his individual capacity with prejudice. *See Rosell*

*v. VMSB, LLC*, 67 F.4th 1141, 1144 n.2 (11th Cir. 2023) (confirming that, in a multi-

defendant case, Rule 41(a) is an appropriate vehicle to dismiss "all claims against *a particular defendant*").

In light of the affidavit of former Florida Department of Health General Counsel John Wilson attached as Exhibit A to this notice, which explains the circumstances in which Mr. Wilson was directed to sign his name on the October 3 letter at issue in this case, Plaintiff has determined that it is unnecessary to pursue individual capacity claims against Defendant Wilson.

Dated: October 21, 2024

Respectfully submitted,

*/s/ Christina Ford*
Christina Ford, FL Bar No. 1011634

Ben Stafford*
**ELIAS LAW GROUP LLP**
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
bstafford@elias.law

Emma Olson Sharkey*
Christina Ford (FL Bar No. 1101634)
Renata O'Donnell*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, D.C., 20001
Telephone: (202) 968-4490
eolsonsharkey@elias.law
cford@elias.law
rodonnell@elias.law

*Admitted pro hac vice*
*Counsel for Plaintiff*

Daniel B. Tilley (FBN 102882)
Samantha J. Past (FBN 1054519)
Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
nwarren@aclufl.org
spast@aclufl.org

Jennifer Blohm
**MEYER, BLOHM AND POWELL, P.A.**
P.O. Box 1547,
Tallahassee, Florida  32302
(850)878-5212
jblohm@meyerblomlaw.com

2

**CERTIFICATE OF SERVICE**

I certify that on October 21, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel who have entered an appearance. Plaintiff's counsel will separately serve a copy of this filing via email on counsel for Defendant Wilson, who has not yet entered an appearance.

Date: October 21, 2024                    */s/ Christina Ford*
                                          Christina Ford

                                          *Counsel for Plaintiff*