# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDIANS PROTECTING
FREEDOM, INC.,

       Plaintiff,          CASE NO.: 4:24-CV-00419-MW-MAF

v.

JOSEPH A. LADAPO, in his official
capacity as State Surgeon General and
Head of the Florida Department of
Health, and JOHN WILSON, former
General Counsel to the Florida
Department of Health, in his individual
capacity,

       Defendants,
_____/

## AFFIDAVIT OF DEFENDANT JOHN WILSON

STATE OF FLORIDA
COUNTY OF LEON

    The undersigned, John Wilson, hereby deposes and says:

    1.    I am over the age of 18. I am of sound mind and am fully competent to make this Affidavit. I have personal knowledge of the facts stated herein and they are true and correct.

    2.    I am an attorney licensed by the Florida Bar.

    3.    I served as the General Counsel for the Florida Department of Health from March 2022 until October 10, 2024.

1

4. On October 3, 2024, in my official capacity as General Counsel, I sent the letters referenced in paragraph 4 of Plaintiff's complaint.

5. I received drafts of the letters directly from Sam Elliot, Assistant General Counsel for the Executive Office of the Governor, earlier that day.

6. I did not draft the letters or participate in any discussions about the letters prior to October 3, 2024.

7. Ryan Newman, General Counsel for the Executive Office of the Governor, and Jed Doty, Deputy General Counsel for the Executive Office of the Governor, directed me to send them under my name and on the behalf of the Florida Department of Health.

8. On October 10, 2024, I resigned from my position as General Counsel in lieu of complying with directives from Newman and Doty to send out further correspondence to the media outlets, similar to the October 3, 2024 letters.

9. On October 10, 2024, prior to my resignation, I was directed by Mr. Newman to execute contracts for outside counsel to be retained by the Department to assist with enforcement proceedings pursuant to the October 3, 2024 letters.

_____
John Wilson

State of Florida
County of Leon

The foregoing affidavit was acknowledged before me by John Wilson, who has produced ___FL Driver's License___ as identification or ____ is personally known to me and who did/did not take an oath.

SWORN TO AND SUBSCRIBED before me this 17th day of October, 2024.

SEAL 

_____
Signature of Notary Public

___Parker L. Sullivan___
Name of Notary (Printed)