# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**FLORIDIANS PROTECTING**
**FREEDOM, INC.,**

    *Plaintiff*,

v.                                      **Case No.:  4:24cv419-MW/MAF**

**JOSEPH A. LADAPO and**
**JOHN WILSON,**

    *Defendants*.

_____/

## ORDER ACKNOWLEDGING DISMISSAL

Plaintiff has filed a notice of voluntary dismissal with prejudice with respect to its claims against Defendant John Wilson, under Federal Rule of Civil Procedure 41(a)(1)(A)(i). "Rule 41 allows a plaintiff to dismiss all of his claims against a particular defendant." *Klay v. United Healthgroup, Inc.*, 376 F.3d 1092, 1106 (11th Cir. 2004). The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A). However, this case remains pending against Defendant Joseph Ladapo, in his official capacity as State Surgeon General and head of the Florida Department of Health.

**SO ORDERED on October 21, 2024.**

                                                **s/Mark E. Walker**
                                                **Chief United States District Judge**