# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| FLORIDIANS PROTECTING FREEDOM, INC., | |
| *Plaintiff,* | |
| v. | Case No. 4:24-cv-00419-MW-MAF |
| JOSEPH A. LADAPO, in his official capacity as State Surgeon General and Head of the Florida Department of Health, | |
| *Defendant.* | |

---

**DECLARATION OF JAMES "JAE" ALBERT WILLIAMS III**

My name is Jae Williams. I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, pursuant to 28 U.S.C. § 1746, I declare:

1.    I am the Communications Director at the Florida Department of Health.

2.    The Declaration of Sara Latshaw, attached as Exhibit C to the complaint filed in this case, represented that: "On October 8, 2024, FPF learned that another station, WINK TV in Fort Myers, which received a similar demand letter from the Department, decided to remove the advertisement from their airwaves and refused to discuss the matter for several days. FPF is currently in discussions with WINK

1

TV on the specifics of when and how Caroline will resume airing." Latshaw Dec. ¶ 25. The Latshaw Declaration was filed on October 16, 2024.

3.    This representation was repeated in Floridians Protecting Freedom's Motion for a Preliminary Injunction. *See* PI Mot. Ex. C ¶ 25. Additionally, the Motion for a Preliminary Injunction represented that FPF "promotes [the 'Caroline' advertisement] on its website and intends to resume airing on WINK TV," citing the Latshaw Declaration. *See* PI Mot. at 11. This and similar comments create the implication that WINK TV has not aired the advertisement since receiving the Department of Health letter at issue in this case. *See id.* at 15 ("WINK TV stopped running this advertisement in the face of the State's threats."); *id.* at 22 ("WINK TV, of course, responded by pulling 'Caroline' off the air."); *id.* at 23 ("Defendants succeeded in coercing WINK TV to remove 'Caroline' from the air."); *id.* at 31 ("Defendants successfully censored FPF's speech by coercing WINK TV to take down 'Caroline.' More stations may follow suit."). The Motion for a Preliminary Injunction was filed on October 17, 2024.

4.    Data compiled by the TVEyes Media Monitoring Suite tracks the airing of advertisements by media markets and broadcast stations. I have reviewed the TVEyes Media Monitoring Suite Report (the "Report") for the "Caroline" advertisement using a date range of October 1, 2024, to October 21, 2024. The information I reviewed from the Report is attached to this declaration as Exhibit A.

5.    The Report reveals that WINK TV aired the "Caroline" advertisement four times on October 1, 2024.

6.    The Report reveals that WINK TV aired the "Caroline" advertisement four times on October 2, 2024.

7.    The Report reveals that WINK TV aired the "Caroline" advertisement four times on October 3, 2024.

8.    The Report reveals that WINK TV aired the "Caroline" advertisement four times on October 4, 2024.

9.    The Report reveals that WINK TV aired the "Caroline" advertisement three times on October 8, 2024, the day that FPF "learned that . . . WINK TV in Fort Myers . . . decided to remove the advertisement," according to the Latshaw Declaration. Latshaw Dec. ¶ 25.

10.    The Report reveals that WINK TV aired the "Caroline" advertisement seven times on October 14, 2024.

11.    The Report reveals that WINK TV aired the "Caroline" advertisement four times on October 16, 2024, the day that FPF filed its complaint and the Latshaw Declaration.

12.    The Report reveals that WINK TV aired the "Caroline" advertisement five times on October 17, 2024, the day that FPF filed its Motion for a Preliminary Injunction, which reattached the Latshaw Declaration.

3

13.     The Report reveals that WINK TV aired the "Caroline" advertisement eight times on October 18, 2024.

14.     The Report reveals that WINK TV aired the "Caroline" advertisement four times on October 19, 2024.

15.     The Report reveals that WINK TV aired the "Caroline" advertisement two times on October 20, 2024.

16.     The Report reveals that WINK TV aired the "Caroline" advertisement six times on October 21, 2024.


Executed in Tallahassee, Florida,
on October 22, 2024

James "Jae" Albert Williams III