# EXHIBIT B

## DECLARATION OF KIMBERLY SMOAK

I, Kimberly Smoak, declare as follows:

1.     I make this declaration based on my personal and professional knowledge and experience, information available to me in my position in public service, and publicly available information.

2.     I am employed by the Florida Agency for Health Care Administration ("AHCA") as the Deputy Secretary for Health Care Policy and Oversight ("HCPO"). The Agency, through the Division of HCPO, is responsible for the licensure and regulation of abortion clinics. *See* §§ 390.012, 390.014, Fla. Stat.

3.     Before 2022, abortions were generally unrestricted in Florida prior to the third trimester. *See* § 390.0111(1), Fla. Stat. (2021). During the third trimester, abortions were generally prohibited. *Id.* Notwithstanding this general prohibition, abortions were permitted during the third trimester when "necessary to save the pregnant woman's life or avert a serious risk of substantial and irreversible physical impairment of a major bodily function of the pregnant woman other than a psychological condition." *Id.*

4.     In 2022, the Legislature amended Chapter 390, Florida Statutes, to prohibit abortions where the physician determines the gestational age of the fetus is more than 15 weeks. Ch. 2022-69, § 4, Laws of Fla. However, the Legislature left untouched the exception for abortions after that time when the abortions are necessary

to save the pregnant woman's life or avert a serious risk of substantial and irreversible physical impairment of a major bodily function. *See id.*

5.    Following the 2022 legislative session, the 15-week ban was challenged in court. At the time of the 2023 legislative session, the case was pending before the Florida Supreme Court. During that legislative session, the Legislature once again amended Section 390.0111, this time to prohibit abortions where the physician determines the gestational age of the fetus is more than 6 weeks. Ch. 2023-21, § 4, Laws of Fla. Once again, the Legislature left untouched the exception for abortions necessary to save the pregnant woman's life or avert a serious risk of substantial and irreversible physical impairment of a major bodily function. *See id.*

6.    Rather than making the effective date of the 2023 legislation July 1 of that year, as is typical of legislation in Florida, the 2023 Legislature made the effective date of the 6-week prohibition contingent on the occurrence of any of several triggering events. *See* Ch. 2023-21, § 9, Laws of Fla. The legislation provided that the prohibition would take effect 30 days after any of the following occurs:

> a decision by the Florida Supreme Court holding that the right to privacy enshrined in s. 23, Article I of the State Constitution does not include a right to abortion; a decision by the Florida Supreme Court in *Planned Parenthood v. State*, SC2022-1050, that allows the prohibition on abortions after 15 weeks in s. 390.0111(1), Florida Statutes, to remain in effect, including a decision approving, in whole or in part, the First District Court of Appeal's decision under review or a decision discharging jurisdiction; an amendment to the State Constitution clarifying that s. 23, Article I of the State Constitution does not include a right to abortion; or a decision from the Florida Supreme Court after March 7, 2023, receding, in whole or in part, from *In re T.W.*, 551 So. 2d 1186 (Fla. 1989), *North Fla. Women's Health v. State*, 866 So. 2d 612 (Fla. 2003), or *Gainesville Woman Care, LLC v. State*, 210 So. 3d 1243 (Fla. 2017).

*Id.*

7.     On April 1, 2024, one of those contingencies occurred when the Florida Supreme Court issued its decision in *Planned Parenthood of Southwest and Central Florida, et al., v. State of Florida, et al.* (Case No. SC2022-1050). As a result, the 6-week prohibition contained in Chapter 2023-21, Laws of Florida, went into effect on May 1, 2024.

8.     Pursuant to Section 390.0112, Florida Statutes, the director of any medical facility in which abortions are performed is required to submit an electronic report each month to the Agency on a form adopted by the Agency. For abortions that are not performed in a medical facility, the physician performing the abortion must submit the report. The report must include the number of abortions performed and the reasons for each abortion. § 390.011(1), Fla. Stat.

9.     The form adopted by the Agency pursuant to Section 390.0112, Florida Statutes, is the Monthly Report of Induced Terminations of Pregnancy, AHCA Form 3130-1010 OL, July 2022 ("ITOP Form"), which is incorporated by reference in Rule 59A-9.034, Florida Administrative Code. The ITOP Form includes a drop-down menu to select one of ten reasons for each abortion performed. One of the options is "Abortion performed due to a Life Endangering Physical Condition." This reason corresponds to the exception in Section 390.0111(1), Florida Statutes, that permits abortions after 6 weeks gestational age to save the pregnant woman's life.

10.     I have reviewed the data on the ITOP Forms submitted to the Agency and my staff calculated the number of abortions reported on a monthly basis as an

"Abortion performed due to a Life Endangering Physical Condition." The chart below reflects this data from January 2017 to the present:

Abortion Performed due to a Life Endangering Physical Condition

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | 7 | 7 | 11 | 20 | 7 | 10 | 16 | 15 | 12 | 8 | 15 | 13 | 141 |
| 2018 | 7 | 9 | 11 | 13 | 4 | 20 | 52 | 38 | 8 | 10 | 14 | 8 | 194 |
| 2019 | 23 | 6 | 15 | 16 | 20 | 13 | 12 | 11 | 14 | 16 | 5 | 13 | 164 |
| 2020 | 12 | 9 | 13 | 14 | 14 | 15 | 8 | 8 | 14 | 9 | 17 | 13 | 146 |
| 2021 | 18 | 11 | 19 | 10 | 13 | 5 | 8 | 7 | 8 | 7 | 10 | 3 | 119 |
| 2022 | 15 | 8 | 16 | 7 | 9 | 8 | 17 | 12 | 17 | 21 | 21 | 24 | 175 |
| 2023 | 14 | 18 | 30 | 23 | 28 | 22 | 21 | 22 | 23 | 13 | 13 | 24 | 251 |
| 2024 | 23 | 11 | 14 | 21 | 9 | 8 | 0 | 8 | 1 | | | | 95 |
| Grand Total | 119 | 79 | 129 | 124 | 104 | 101 | 134 | 121 | 97 | 84 | 95 | 98 | 1285 |

11.     In the chart above, the cells highlighted in pink reflect the months during which the 15-week prohibition was in effect. The cells highlighted in yellow reflect the months during which the 6-week prohibition has been in effect. The cell for September 2024 is highlighted in red because the submission of the ITOP Forms for that month is not complete.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of October 2024.

KIMBERLY SMOAK

4