# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FLORIDIANS PROTECTING
FREEDOM, INC.,

    *Plaintiff*,

v.

JOSEPH A. LADAPO, in his official
capacity as State Surgeon General
and Head of the Florida Department
of Health,

    *Defendant.*

Case No. 4:24-cv-00419-MW-MAF

## DECLARATION OF DEPARTMENT OF HEALTH

My name is Cassandra G. Pasley, BSN, JD. I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, pursuant to 28 U.S.C. § 1746, I declare:

1. I serve as Chief of Staff and Deputy Secretary for the Florida Department of Health.

2. I have reviewed the advertisement entitled "Caroline" that is the subject of this litigation. It is featured on the home page of Floridians Protecting Freedom's website, https://floridiansprotectingfreedom.com.

3. I have reviewed the October 3, 2024, letters sent by John Wilson, former General Counsel for the Department of Health, to several Florida television stations on behalf of the Department.

4. The Department is currently unaware of any harm that has arisen from the airing of the "Caroline" commercial.

5. Therefore, the Department is not moving forward with an enforcement action under these circumstances.

6. The overriding duty of the Department of Health is to protect the health of all Floridians. This includes making sure that Floridians have a complete and accurate picture of the medical services available to them.

Executed in Tallahassee, Florida,
on October 22, 2024

_____
Cassandra G. Pasley, BSN, JD
Chief of Staff and Deputy Secretary
Florida Department of Health