# EXHIBIT A

## to Declaration of James Williams III

| Date | Source | Outlet | TV Market | Title | Local Ad Value | Local Viewership | Text |
|---|---|---|---|---|---|---|---|
| 10/1/2024 5:57 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 5:00am | $974.61 | 21369 | when i saw the tumor on the mri my first thought was am i going to be able |
| 10/1/2024 6:43 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 6:30am | $1,071.32 | 22470 | when i saw the tumor on the mri my first thought was am i going to be able to see my daughter again? |
| 10/1/2024 8:53 | Media | WINK-FTM (CBS) | Fort Myers FL | CBS Mornings | $723.24 | 15903 | when i saw the tumor on the mri my first thought was am i going to be able |
| 10/1/2024 17:26 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 5:00PM | $2,475.08 | 41139 | when i saw the tumor on the mri my first thought was am i going to be able |
| 10/2/2024 5:54 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 5:00am | $898.38 | 21360 | this is the best day ever. well i still got robbed. well still pretty good day. when i saw the tumor on the mri my first thought was am i going to |
| 10/2/2024 6:54 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 6:30am | $1,768.41 | 41515 | call one 800 by design or visitclosets by design dot com. when i saw the tumor on the mri my first thought was am i going to be able to see |
| 10/2/2024 8:36 | Media | WINK-FTM (CBS) | Fort Myers FL | CBS Mornings | $740.88 | 18157 | when i saw the tumor on the mri my first thought was am i going to be able to see my daughter again? |
| 10/2/2024 16:58 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 4PM | $2,456.16 | 41360 | when i saw the tumor on the mri my first thought was am i going to be able |
| 10/3/2024 5:22 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 5:00am | $731.75 | 14396 | when i saw the tumor on the mri my first thought was am i going to be able to see my daughter again? |
| 10/3/2024 6:21 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 6:00am | $914.13 | 20152 | when i saw the tumor on the mri my first thought was am i going to be able |
| 10/3/2024 7:37 | Media | WINK-FTM (CBS) | Fort Myers FL | CBS Mornings | $1,051.79 | 20921 | when i saw the tumor on the mri my first thought was am i going to be able to see my daughter again? |
| 10/3/2024 16:43 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 4PM | $538.36 | 16498 | when i saw the tumor on the mri my first thought was am i going to be able to see my daughter again? |
| 10/4/2024 5:24 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 5:00am | $233.73 | 4799 | >> and here we go again. a post office location closed after just reopening what we know about tha when i saw the tumor on the mri my first |
| 10/4/2024 6:12 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 6:00am | $789.39 | 20696 | your quit journey. call 1-877-u-can-now when i saw the tumor on the mri my first thought was am i going to be able to see my daughter again |
| 10/4/2024 7:58 | Media | WINK-FTM (CBS) | Fort Myers FL | CBS Mornings | $984.69 | 21053 | us a lot of rain. 4 to 8 inches of rain on the way for sunday monday tuesday and wednesday. rain when i saw the tumor on the mri my first th |
| 10/4/2024 16:43 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 4PM | $1,172.18 | 18426 | when i saw the tumor on the mri my first thought was am i going to be able to see my daughter again? |
| 10/8/2024 5:39 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 5:00am | $682.61 | 15340 | down when we're going to start to see the earliest effects of this storm here in southwest when i saw the tumor on the mri my first thought w |
| 10/8/2024 6:11 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 6:00am | $1,045.80 | 20542 | fox and 96.9 fm news is the weather authority will be when i saw the tumor on the mri my first thought was am i going to be able to see my d |
| 10/8/2024 6:39 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 6:30am | $1,071.32 | 22470 | weather authority meteorologist zach lock is going to break it all down for you right after the break. when i saw the tumor on the mri my first |
| 10/14/2024 5:10 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 5:00am | $195.30 | 3776 | >> capturing the moments 3 siblings work together when i saw the tumor on the mri my first thought was am i going to be able to see my da |
| 10/14/2024 5:53 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 5:00am | $705.29 | 14713 | there's crash near dupree street. just keep in mind. this is your area that you travel on morning. when i saw the tumor on the mri my first tho |
| 10/14/2024 7:28 | Media | WINK-FTM (CBS) | Fort Myers FL | CBS Mornings | $866.88 | 18467 | when i saw the tumor on the mri my first thought was am i going to be able to see my daughter again? |
| 10/14/2024 7:55 | Media | WINK-FTM (CBS) | Fort Myers FL | CBS Mornings | $933.03 | 19262 | when i saw the tumor on the mri my first thought was am i going to be able |
| 10/14/2024 8:48 | Media | WINK-FTM (CBS) | Fort Myers FL | CBS Mornings | $981.86 | 17733 | when i saw the tumor on the mri my first thought was am i going to be able to see my daughter again? |
| 10/14/2024 16:37 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 4PM | $1,630.56 | 32709 | when i saw the tumor on the mri my first thought was am i going to be able to see my daughter again? |
| 10/14/2024 17:21 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 5:00PM | $2,183.54 | 38385 | yourself before the next one hit for submission to the moon? but not the one that we're used to. scientists hope to find most when i saw the t |
| 10/16/2024 6:55 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 6:30am | $1,768.41 | 41515 | when i saw the tumor on the mri my first thought was am i going to be able to see my daughter again? |
| 10/16/2024 7:37 | Media | WINK-FTM (CBS) | Fort Myers FL | CBS Mornings | $1,079.51 | 21980 | when i saw the tumor on the mri my first thought was am i going to be able to see my daughter again? |
| 10/16/2024 8:29 | Media | WINK-FTM (CBS) | Fort Myers FL | CBS Mornings | $975.24 | 22432 | when i saw the tumor on the mri my first thought was am i going to be able |
| 10/16/2024 16:54 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 4PM | $2,456.16 | 41360 | when i saw the tumor on the mri my first thought was am i going to be able to see my daughter again? |
| 10/17/2024 4:58 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 4:30am | $578.66 | 11157 | when i saw the tumor on the mri my first thought was am i going to be able to see my daughter again? |
| 10/17/2024 7:28 | Media | WINK-FTM (CBS) | Fort Myers FL | CBS Mornings | $1,135.89 | 21102 | cross in the mid point. we'll take you 5 minutes at the base of the bridge to fort myer when i saw the tumor on the mri my first thought was a |
| 10/17/2024 7:59 | Media | WINK-FTM (CBS) | Fort Myers FL | CBS Mornings | $831.60 | 15991 | when i saw the tumor on the mri my first thought was am i going to be able to see my daughter again? |
| 10/17/2024 8:58 | Media | WINK-FTM (CBS) | Fort Myers FL | CBS Mornings | $624.02 | 11168 | when i saw the tumor on the mri my first thought was am i going to be able |
| 10/17/2024 16:57 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 4PM | $844.09 | 19164 | when i saw the tumor on the mri my first thought was am i going to be able to see my daughter again? |
| 10/18/2024 5:53 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 5:00am | $503.06 | 11686 | when i saw the tumor on the mri my first thought was am i going to be able to see my daughter again? |
| 10/18/2024 6:53 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 6:30am | $1,262.84 | 26517 | com. >> man without his brother and the hunt for a gunman in a deadly shooting. coming up next in your morning rush when i saw the tumo |
| 10/18/2024 7:28 | Media | WINK-FTM (CBS) | Fort Myers FL | CBS Mornings | $1,026.90 | 19519 | still active causing some southbound slowdowns use when i saw the tumor on the mri my first thought was am i going to be able to see my |
| 10/18/2024 7:55 | Media | WINK-FTM (CBS) | Fort Myers FL | CBS Mornings | $984.69 | 21053 | when i saw the tumor on the mri i my first thought was am i going to be able to see my daughter again? |
| 10/18/2024 8:10 | Media | WINK-FTM (CBS) | Fort Myers FL | CBS Mornings | $846.72 | 16190 | when i saw the tumor on the mri my first thought was am i going to be able to see my daughter again? |
| 10/18/2024 8:27 | Media | WINK-FTM (CBS) | Fort Myers FL | CBS Mornings | $824.99 | 14019 | that's these traffic join us on the cw for wink news at 8.30 coming up in a co when i saw the tumor on the mri my first thought was am i goin |
| 10/18/2024 16:57 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 4PM | $899.13 | 12974 | when i saw the tumor on the mri my first thought was am i going to be able to see my daughter again? |
| 10/18/2024 17:13 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 5:00PM | $1,765.15 | 27956 | when i saw the tumor on the mri my first thought was am i going to be able to see my daughter again? |
| 10/19/2024 6:27 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 6:00am | $654.89 | 14510 | when i saw the tumor on the mri my first thought was am i going to be able to see my daughter again? |
| 10/19/2024 6:40 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 6:00am | $794.12 | 17194 | when i saw the tumor on the mri my first thought was am i going to be able to see my daughter again? |
| 10/19/2024 7:22 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 6:00am | $967.37 | 21932 | when i saw the tumor on the mri my first thought was am i going to be able to see my daughter again? |
| 10/19/2024 8:59 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 6:00am | $942.80 | 19645 | staying relatively dry not only for this weekend but into next week as well. with those temperatures reaching the mid to upper when i saw the |
| 10/20/2024 6:40 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 6:00AM Sund | $490.77 | 11762 | when i saw the tumor on the mri my first thought was am i going to be able |
| 10/20/2024 7:56 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 7:00AM Sund | $1,564.61 | 33926 | when i saw the tumor on the mri my first thought was am i going to be able |
| 10/21/2024 6:28 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 6:00am | $830.97 | 16177 | when i saw the tumor on the mri my first thought was am i going to be able to see my daughter again? |
| 10/21/2024 7:37 | Media | WINK-FTM (CBS) | Fort Myers FL | CBS Mornings | $859.32 | 18996 | when i saw the tumor on the mri my first thougught was am i going to be able |
| 10/21/2024 8:21 | Media | WINK-FTM (CBS) | Fort Myers FL | CBS Mornings | $1,033.52 | 18907 | when i saw the tumor on the mri my first thohought was am i going to be able to see my daughter again? |
| 10/21/2024 8:44 | Media | WINK-FTM (CBS) | Fort Myers FL | CBS Mornings | $893.34 | 16181 | when i saw the tumor on the mri my first thought was am i going to be able to see my daughter again? |
| 10/21/2024 16:42 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 4PM | $1,630.56 | 32709 | when i saw the tumor on the mri my first thought was am i going to be able to see my daughter again? |
| 10/21/2024 17:23 | Media | WINK-FTM (CBS) | Fort Myers FL | WINK News @ 5:00PM | $2,183.54 | 38385 | when i saw the tumor on the mri my first thought was am i going to be able |