**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**

---

**Floridians Protecting Freedom, Inc.**

                 **Plaintiff**

Case No.: 4:24-cv-00419-MW-MAF

*vs.*

**Joseph A. Ladapo, in his official capacity as State Surgeon General and Head of the Florida Department of Health, et al.**

                 **Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Mary Green, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Verified Complaint for Declaratory and Injunctive Relief with Exhibits, Civil Cover Sheet, Declaration of Christina Ford in Support of Plaintiff's Emergency Motion for Temporary Restraining Order, Plaintiff's Emergency Motion for Temporary Restraining Order, and Proposed Order Granting Plaintiff's Emergency Motion for Temporary Restraining Order in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/23/2024 at 3:34 PM, I served Joseph A. Ladapo, in his official capacity as State Surgeon General and Head of the Florida Department of Health at 4052 Bald Cypress Way, Tallahassee, Florida 32399 with the Summons, Verified Complaint for Declaratory and Injunctive Relief with Exhibits, Civil Cover Sheet, Declaration of Christina Ford in Support of Plaintiff's Emergency Motion for Temporary Restraining Order, Plaintiff's Emergency Motion for Temporary Restraining Order, and Proposed Order Granting Plaintiff's Emergency Motion for Temporary Restraining Order by serving Vickie Johnson, Deputy Clerk, authorized to accept service.

Vickie Johnson is described herein as:

Gender: Female   Race/Skin: White   Age: 67+   Weight: 180   Height: 5'4"   Hair: Gray   Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.


6/24/24
Executed On



_____
Mary Green

Client Ref Number: N/A
Job #: 2011825

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050