# United States District Court
## CIVIL MINUTES - GENERAL

Case #  __4:24cv419-MW-MAF__         Date  __October 29, 2024__

FLORIDIANS PROTECTING FREEDOM INC v. JOSEPH A. LADAPO, et al.

DOCKET ENTRY:    Preliminary Injunction Hearing Held  9:01 – 9:50 a.m.

Court hears argument regarding Plaintiff's [24] Motion for Preliminary Injunction.  Order to follow.

PRESENT:  HONORABLE MARK E. WALKER, CHIEF UNITED STATES DISTRICT JUDGE

| Victoria Milton McGee | Megan Hague |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) for Plaintiff(s):  
Ben Stafford, Renatta O'Donnell & Nicholas Warren

Attorney(s) for Defendant(s):  
Brian Barnes

PROCEEDINGS:    Preliminary Injunction Hearing Held

9:01    Court in session  
        Court reviews record and addresses parties  
9:05    Court hears argument re: [24] Motion for Preliminary Injunction  
9:50    Court adjourned

Initials of Clerk: **VMM**