# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**FLORIDIANS PROTECTING**
**FREEDOM, INC.,**

    *Plaintiff*,

v.                          Case No.:  4:24cv419-MW/MAF

**JOSEPH A. LADAPO,**

    *Defendant.*

_____/

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER

On October 17, 2024, this Court entered a temporary restraining order enjoining Defendant Ladapo from taking any further actions to coerce, threaten, or intimate repercussions directly or indirectly to television stations, broadcasters, or other parties for airing Plaintiff' speech, or undertaking enforcement action against Plaintiff for running political advertisements or engaging in other speech protected under the First Amendment. ECF No. 25 at 16–17. The Order was set to expire at 5:00 p.m. (ET) today.

On October 17, 2024, Plaintiff also filed a motion for preliminary injunction, which this Court heard at a hearing today, October 29, 2024. ECF No. 24. The parties' briefing and the arguments raised at the hearing on the motion for preliminary injunction identified new issues with respect to Plaintiff's claims, which this Court must consider before ruling on the pending motion. At the hearing, both sides agreed

that permitting this Court time to digest the issues raised in the motion and at the hearing and to draft an Order on the motion constitutes good cause under Rule 65 to briefly extend a properly entered temporary restraining order to. *See* Fed. R. Civ. P. 65(b)(2) ("The order expires at the time after entry—not to exceed 14 days—that the court sets, unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension.").

Accordingly, this Court concludes that Plaintiff continues to have standing for the same reasons articulated in the temporary restraining order, ECF No. 25, and that good cause exists to extend the temporary restraining order, because this Court requires additional time to review the arguments for and against the motion for preliminary injunction and to draft an Order on the motion. Therefore,

**IT IS ORDERED:**

1. The temporary restraining order, ECF No. 25, is extended for fourteen days or until this Court enters an Order on the motion for preliminary injunction, whichever is sooner.

2. The temporary restraining order, ECF No. 25, shall expire at **5:00 p.m. (ET) on Tuesday, November 12, 2024**, or when this Court enters an Order on the motion for preliminary injunction, whichever happens sooner.

**SO ORDERED on October 29, 2024.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
