# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**FLORIDIANS PROTECTING FREEDOM, INC.,**

    *Plaintiff,*

v.                                                    Case No.:  4:24cv419-MW/MAF

**JOSEPH A. LADAPO,**

    *Defendant.*

_____/

## ORDER GRANTING EXTENSION

This Court has considered, without hearing, Defendant Joseph A. Ladapo's motion to extend his deadline to file an answer or motion to dismiss, ECF No. 46. The motion is **GRANTED**. Defendant Ladapo shall file his answer or motion to dismiss **on or before December 4, 2024.**

**SO ORDERED** on November 12, 2024.

                                          **s/Mark E. Walker**
                                          **Chief United States District Judge**