# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDIANS PROTECTING FREEDOM, INC., *Plaintiff*, v. JOSEPH A. LADAPO, in his official capacity as State Surgeon General and Head of the Florida Department of Health, *Defendant*. | Case No. 4:24-cv-00419-MW-MAF |

### DEFENDANT JOSEPH A. LADAPO'S UNOPPOSED MOTION AND MEMORANDUM FOR EXTENSION OF TIME TO FILE ANSWER OR MOTION TO DISMISS

1. Defendant Joseph A. Ladapo respectfully requests a two-week extension of the deadline to file an answer or motion dismiss. *See* FED. R. CIV. P. 12(a)(1), (4). The current deadline is December 4, 2024. *See* ECF 47 (granting extension to this date). With the requested extension, the new deadline would be **December 18, 2024**.

2. Good cause exists to extend the deadline. *See* FED. R. CIV. P. 6(b)(1). The parties have been conferring about the future trajectory of the case. On Friday, November 22, Plaintiff's counsel informed Defendant by e-mail that "[a]s of now, FPF intends to move forward with this case. Given the timing and the holidays, we would certainly not object to a further extension for the motion to dismiss[.]" An extension is thus warranted given the good faith consultation taking place between the parties, the upcoming holidays, and because the requested extension will not unduly delay the case.

3. The requested extension will not prejudice Plaintiff, as the Court has not yet entered a scheduling order in this case, and no other motions or matters are pending before the Court. Indeed, the extension may benefit both parties by providing them with additional time to explore the trajectory of the case and to assess the legal landscape in the aftermath of the election. Defendant would accede to the Court granting Plaintiff a comparable extension of time to respond to Plaintiff's motion to dismiss, should such a motion be filed.

4. Defendant conferred with Plaintiff's counsel about this extension request. *See* L.R. 7.1(B). Plaintiff does not oppose extending the deadline for Defendant to file a motion to dismiss.

5. Defendant respectfully requests that the Court extend the deadline for Defendant to file an answer or motion to dismiss by two weeks, setting the new deadline on **December 18, 2024**.

Respectfully submitted,

/s/ Brian W. Barnes
Brian W. Barnes, *pro hac vice*
Samuel D. Adkisson, *pro hac vice*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
bbarnes@cooperkirk.com
sadkisson@cooperkirk.com

Date: November 25, 2024

ASHLEY MOODY
  *Attorney General*

Henry C. Whitaker (FBN 1031175)
  *Solicitor General*
Daniel William Bell (FBN 1008587)
  *Chief Deputy Solicitor General*
Nathan A. Forrester (FBN 1045107)
  *Senior Deputy Solicitor General*
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)

*Counsel for Defendant Joseph A. Ladapo*

3

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Local Rule 7.1(F) because, excluding the parts of the document exempted by the rule, the foregoing memorandum contains 300 words. This document complies with the type-style requirements of Local Rule 5.1(C) because this document has been prepared in a proportionally spaced typeface using the word-processing system Microsoft Word in 14-point Times New Roman. This document complies with Local Rule 7.1(B) because I conferred with opposing counsel before submitting the filing. Plaintiff does not oppose the Court extending the deadline for Defendant to file a motion to dismiss.

Date: November 25, 2024

*/s/ Brian W. Barnes*
Brian W. Barnes

*Counsel for Defendant*
*Joseph A. Lapado*

## CERTIFICATE OF SERVICE

I certify that on November 25, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel who have entered an appearance.

Date: November 25, 2024

/s/ *Brian W. Barnes*
Brian W. Barnes

*Counsel for Defendant Joseph A. Ladapo*