**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**FLORIDIANS PROTECTING**
**FREEDOM, INC.,**

    *Plaintiff,*

v.                                        **Case No.:  4:24cv419-MW/MAF**

**JOSEPH A. LADAPO,**

    *Defendant.*
_____/

## ORDER GRANTING EXTENSION

This Court has considered, without hearing, Defendant Joseph A. Ladapo's motion to extend his deadline to file an answer or motion to dismiss, ECF No. 48. The motion is **GRANTED**. Defendant Ladapo shall file his answer or motion to dismiss **on or before December 18, 2024.**

    **SO ORDERED on November 25, 2024.**

                                                          **s/Mark E. Walker**_____
                                                          **Chief United States District Judge**