IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDIANS PROTECTING FREEDOM, INC.,**

*Plaintiff*,

v.                                                            Case No.:  4:24cv419-MW/MAF

**JOSEPH A. LADAPO**,

*Defendant*.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Floridians Protecting Freedom, Inc., hereby voluntarily dismisses all claims brought against Defendant Ladapo with prejudice.

**DATED** this 17th day of December, 2024.

Respectfully submitted,

**MEYER, BLOHM AND POWELL, P.A**.
Post Office Box 1547
Tallahassee, Florida 32302
(850) 878-5212
jblohm@meyerblohmlaw.com
Secondary email:
lthomas@meyerblohmlaw.com

By:   */s/Jennifer S. Blohm*
      JENNIFER S. BLOHM
      Florida Bar No.:  106290

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing document was electronically filed and served by electronic notification in accordance with the Court's CMECF system on this 17th day of December, 2024.

*/s/Jennifer S. Blohm*
JENNIFER S. BLOHM