# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**FLORIDIANS PROTECTING FREEDOM, INC.,**

    *Plaintiff,*

v.                     Case No.:  4:24cv419-MW/MAF

**JOSEPH A. LADAPO,**

    *Defendant.*

_____/

## ORDER CLOSING FILE

Plaintiff has filed a notice of voluntary dismissal dismissing this action with prejudice. ECF No. 50. Inasmuch as Defendant has not filed an answer or motion for summary judgment, the notice of voluntary dismissal is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, the Clerk must enter judgment stating, "This case is dismissed with prejudice under Federal Rule of Civil Procedure 41(a)." The Clerk must close the file.

**SO ORDERED on December 17, 2024.**

                                              s/Mark E. Walker
                                              **Chief United States District Judge**