# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FLORIDIANS PROTECTING
FREEDOM INC,

    Plaintiff,

v.                                    Case No.: 4:24-cv-00419-MW-MAF

LADAPO et al,

    Defendants.

## JUDGMENT

This case is dismissed with prejudice under Federal Rule of Civil Procedure 41(a).

December 17, 2024                     JESSICA J LYUBLANOVITS,
DATE                                    CLERK OF COURT

                                                 s/ *Samantha Buckhalt*
                                                 DEPUTY CLERK